

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-20-00396-CV

IN THE INTEREST OF R.H., F.V., M.V., AND P.H., CHILDREN

§ On Appeal from the 233rd District Court

§ of Tarrant County (233-679089-20)

§ May 20, 2021

§ Memorandum Opinion by Justice Kerr

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. Subparagraph 7.2.3 of the trial court's judgment is modified (1) to delete "mother" and replace it with "father" and (2) to delete "161.00(b)(1)(O)" and replace it with "161.001(b)(1)(O)." It is ordered that the trial court's judgment is affirmed as modified.

It is further ordered that Appellants R.H.H. and N.V.C. must pay all costs of this appeal.

SECOND DISTRICT COURT OF APPEALS


By _/s/ Elizabeth Kerr_____
    Justice Elizabeth Kerr